**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| KONA ICE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-01734-RBD-KRS |
| ) | |
| T-N-T ICE, LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL

The parties hereby jointly stipulate to the dismissal with prejudice of the instant action pursuant to a Settlement Agreement, which has been executed by the parties, and further stipulate to the dismissal with prejudice of all claims, counterclaims, and all other claims raised or asserted in this action. Each party bears its own costs and attorneys fees.

Respectfully submitted,

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| Kona Ice, Inc. | T-N-T Ice, LLC |
| /s/ | /s/ |
| Brett A. Schatz (*Pro Hac Vice*) | (signed by Brett A. Schatz with |
| WOOD, HERRON & EVANS, L.L.P. | permission of Laura L. Beoglos) |
| 441 Vine Street, 2700 Carew Tower | Laura L. Beoglos (*Pro Hac Vice*) |
| Cincinnati, Ohio 45202 | Sand and Sebolt |
| bschatz@whepatent.com | 4940 Munson St NW |
| (513) 241-2324 | Canton, OH 44718 |
| (513) 241-6234 Facsimile | laurab@sandandsebolt.com |
| | (330) 244-1174 |
| | (330) 244-1173 Facsimile |

Kathleen Morris McDonald, Bar No. 0764
Kerr McDonald, LLP
111 S. Calvert Street, Suite 1945
Baltimore, MD 21202
kmcdonald@kerrmcdonald.com
(410) 539-2900
(410) 539-2956 Facsimile

William W. Carrier, III, Bar No. 08453
Tydings and Rosenberg LLP
100 E Pratt St 26th Floor
Baltimore, MD 21202
wcarrier@tydingslaw.com
(410) 752-9700
(410) 727-5460 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic mail on October 5, 2016, on all counsel or parties of record on the Service List below.

William W Carrier, III
Tydings and Rosenberg LLP
100 E Pratt St 26th Floor
Baltimore, MD 21202
wcarrier@tydingslaw.com
(410) 752-9700
(410) 727-5460 Facsimile

Attorneys for T-N-T Ice, LLC

Laura L Beoglos (*Pro Hac Vice*)
Sand and Sebolt
4940 Munson St NW
Canton, OH 44718
laurab@sandandsebolt.com
(330) 244-1174
(330) 244-1173

Attorneys for T-N-T Ice, LLC

                                                  /s/
Brett A. Schatz
WOOD, HERRON & EVANS, L.L.P.
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202
bschatz@whepatent.com
(513) 241-2324
(513) 241-6234 Facsimile